```
                      UNITED STATES DISTRICT COURT
                         DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| DANIEL PIERRILUS, | : | CIVIL ACTION NO. 07-129 (MLC) |
| Petitioner, | : | **MEMORANDUM OPINION** |
| v. | : |  |
| MICHAEL CHERTOFF, | : |  |
| Respondent. | : |  |

**THE PETITIONER** petitioning for a writ of habeas corpus under 28 U.S.C. § 2241 concerning his alleged indefinite detention in lieu of deportation (dkt. entry no. 1); and the respondent now advising the Court that the petitioner "was released from . . . custody on February 9, 2007," and that the petition is "moot[] . . . and should be dismissed" (dkt. entry no. 4, 3-8-07 Respondent Letter); and thus the Court intending to (1) dismiss the petition as moot, and (2) close the action; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                                          s/ Mary L. Cooper  
                                                  **MARY L. COOPER**  
                                                  United States District Judge